## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN EASLEY,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  21-4210** |
| | : | |
| **JAMIE SORBER, et al.,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

**AND NOW**, this 13th day of September, 2022, noting Plaintiff's failure to return USM-285 despite three notices mailed on February 14, 2022, March 16, 2022, and April 19, 2022 (See Doc. No. 34), and given Plaintiff's failure to return the USM-285 Forms within the time set forth in the August 2, 2022 Order (Doc. No. 36),  it is hereby **ORDERED** that Plaintiff's claims against Defendants Sorber, Panasiewicz, Orlando, Sipple, Grenevich, Masolino, Ross, and Talrico are **DISMISSED** for failure to prosecute.  Defendant Dr. Jason Goldberg is the sole remaining Defendant.

It is **FURTHER ORDERED** that:

1.      All fact discovery shall be completed by **March 13, 2023**.

2.      Dispositive motions shall be filed no later than **April 13, 2023**.

3.      All further deadlines will be set pending the outcome of dispositive motions.

**BY THE COURT:**


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**