IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN EASLEY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 21-4210 |
| | : | |
| JAMIE SORBER, et al., | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 10th day of October, 2023, upon consideration of the Motion for Summary Judgment by Defendant Dr. Jason Goldberg (Doc. No. 51), and there being no response, it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Dr. Goldberg and against Plaintiff.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**